DAVID JONES's executors, appellants,

*v.*

THE NEWARK SAVINGS INSTITUTION, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Newark Sav. Inst.* v. *Jones, 10 Stew. Eq. 449.*

*Mr. Jos. Cross, Jr.,* for appellants.

*Mr. Geo. W. Hubbell,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.